James WEISS, Appellant,

v.

STATE of Missouri, Respondent.

No. 64717.

Missouri Court of Appeals, Eastern District, Division One.

May 3, 1994.

James Weiss, pro se.

Jeff Skoglund, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jennifer A. Glancy, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion. Upon reviewing the record, we find no error and believe an extended opinion would have no precedential value. Rule 84.16(b)(2). A memorandum has been provided to the parties for their use only.